HANSON BRIDGETT LLP
MICHAEL J. VAN ZANDT, SBN 96777
SAMIR J. ABDELNOUR, SBN 271636
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Truckee-Carson Irrigation District

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PYRAMID LAKE PAIUTE TRIBE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, SIERRA PACIFIC POWER COMPANY, CARSON-TRUCKEE WATER CONSERVANCY DISTRICT, TRUCKEE-CARSON IRRIGATION DISTRICT, WASHOE COUNTY WATER CONSERVATION DISTRICT, SIERRA VALLEY WATER COMPANY, INNISFREE CORPORATION, SOUTH TAHOE PUBLIC UTILITY DISTRICT, NORTH TAHOE PUBLIC UTILITY DISTRICT, FULTON WATER COMPANY, AGATE BAY WATER COMPANY, TAHOE CITY PUBLIC UTILITY DISTRICT, LAKE TAHOE COUNTRY CLUB, TAHOE PARADISE WATER AND GAS COMPANY, S.G. HERRICK CORPORATION, MT. LOLA,<br><br>　　　　　Defendant. | CASE NO. 2-81-cv-0378-JAM-EFB<br><br>**STIPULATED JUDGMENT AND ORDER** |

　　　　On March 29, 1985, the Court entered an Order, as amended April 4, 1985, granting summary judgment in favor of Defendant Truckee-Carson Irrigation District ("TCID") and against Plaintiff.  (ECF Docket Nos. 162 and 165.)

　　　　On April 30, 1985, the Court denied without prejudice requests made by TCID,

Defendant Sierra Valley Water Company, and Plaintiff for entry of judgment. (ECF Docket No. 171.) The Court stated that it "wishes to preclude piecemeal disposal of this important litigation and overcrowding of the appellate docket until the disposition of all claims and parties." (*Id.* at 3.)

All claims against all parties have now been resolved. (*See* Tribe and California's Joint Memorandum of Points and Authorities, ECF Docket No. 183, at 2-4.) Plaintiff and TCID agree that TCID is entitled to entry of judgment

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) Judgment is entered against Plaintiff and in favor of Defendant Truckee-Carson Irrigation District;

(2) Plaintiff shall take nothing under its Complaint;

(3) Plaintiff's Complaint shall be dismissed with prejudice.

**IT IS SO STIPULATED.**

DATED: October 28, 2015                HANSON BRIDGETT LLP

By:_____
MICHAEL J. VAN ZANDT
SAMIR J. ABDELNOUR
Attorneys for Truckee-Carson Irrigation District

DATED: October 28, 2015                WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By:_____
DON SPRINGMEYER
Attorneys for the Pyramid Lake Paiute Tribe

**JUDGMENT AND ORDER**

**IT IS SO ADJUDGED AND ORDERED.**

Dated:   10/28/15                           /s/ John A. Mendez
                                            United States District Court Judge