1  KAMALA D. HARRIS
   Attorney General of California
2  TRACY L. WINSOR
   Supervising Deputy Attorney General
3  DANIEL M. FUCHS, State Bar No. 179033
   JAN ZABRISKIE, State Bar No. 117049
4  Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone:  (916) 324-0002
     Fax:  (916) 327-2319
7    E-mail:  Daniel.Fuchs@doj.ca.gov
   *Attorneys for State of California acting by and*
8  *through the Department of Water Resources*

9  DON SPRINGMEYER, Nev. State Bar No. 1021
   Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
10 3556 East Russell Road, 2nd Floor
   Las Vegas, Nevada 89120
11 Tel: 702/341-5200 Fax: 702/341-5300
   Email: dspringmeyer@wrslawyers.com
12 *Attorneys for the Pyramid Lake Paiute Tribe*

13

**FILED**

**NOV -2 2015**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

14           IN THE UNITED STATES DISTRICT COURT

15           FOR THE EASTERN DISTRICT OF CALIFORNIA

16

17  **PYRAMID LAKE PAIUTE TRIBE,**              No. 2:81-cv-00378-JAM-EFB

18                              Plaintiff,      (Administratively Closed 1985)

19        v.

20                                             **[PROPOSED] ORDER DISMISSING
                                               ACTION WITH PREJUDICE**
21  **STATE OF CALIFORNIA, ET AL.,**

22                              Defendants.

23

24

25

26

27

28

1  Having reviewed and considered the joint motion of Plaintiff Pyramid Lake Paiute Tribe

2 (Tribe) and Defendant State of California for entry of an Order dismissing this action with

3 prejudice (Motion), and the pleadings in support thereof, no opposition having been filed, and

4 finding good cause therefor, the Court rules as follows:

5  The court having previously granted summary judgment in favor of Truckee-Carson

6 Irrigation District (TCID) but having delayed entry of judgment, and TCID and the Tribe having

7 stipulated for entry of judgment, the clerk is directed to enter Judgment in favor of TCID; and

8  the Motion is granted, this matter is dismissed with prejudice, and the clerk shall enter

9 Judgment accordingly.

10

11 Dated:  *11 - 2 - 2015*        United States District Court Judge

12

13 SA2008305315
  32248123_2.doc
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1